# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **HEARING MINUTES**  Sealed:  No |
| Plaintiff(s) | Case No.:  17-CR-1003-LRR-1 |
| vs. | Presiding Judge:  Magistrate Judge C.J. Williams |
| JEREMY MICHAEL KIEFFER, | Deputy Clerk:  Sarah Melvin |
| Defendant(s) | Court Reporter:  Patrice Murray  Contract?  No |
| | (If yes, send copy to financial) |
| | Recording:  Yes  Method:  FTR Gold |

| Date: | 2/21/2017 | Start: | 12:58 PM | Adjourn: | 1:42 PM | | Courtroom: | 3, 4th Floor |
|---|---|---|---|---|---|---|---|---|

| Recesses: | None | | Time in Chambers: | None | | Telephonic? | No |
|---|---|---|---|---|---|---|---|

| Appearances: | Plaintiff(s): | AUSA Tony Morfitt | | | | |
|---|---|---|---|---|---|---|
| | Defendant(s): | appears personally and is represented by AFPD Jill Johnston | | | | |
| | U.S. Probation: | Kristi Reynolds | | | | |
| | Interpreter: | None | Language: | - | Certified: | - | Phone | - |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|

| **DETENTION:** | | **OR** | **REVOCATION:** | X | **OR** | **PRELIMINARY EXAMINATION** | |
|---|---|---|---|---|---|---|---|

| | Moving party: | Government | # | | | |
|---|---|---|---|---|---|---|
| | Nature of proceeding: | | Ruling: | | | |
| | Review of detention or conditions | | | | | |
| | Revocation of pretrial release | X | Court finds that there is probable cause to believe that the Defendant committed the offense and violated terms of his release. Court finds that there are no conditions or combination of conditions of release that Defendant would follow. Release revoked, Defendant detained. Order to follow. | | | |
| | Revocation of supervised release | | | | | |
| | Preliminary examination | | | | | |
| | **Witness/Exhibit List is** | attached - *Exhibits to be filed by 2/24/2017.* | | | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7. | | | | | |

| | | |
|---|---|---|
| | **Miscellaneous:** | Sealed Motion to Revoke Pre-Trial Release filed 2/14/2017 (doc. #13). Supplement to Motion filed 2/17/2017 (doc. #20). |
| | | Mr. Morfitt calls Officer Kristi Reynolds. Direct (1:03-1:07pm). Cross (1:07-1:10pm). Re-direct (1:10-1:11pm). No re-cross. Court exam (1:11-1:11pm). No questions from counsel in response to the court's question. Witness excused. |
| | | Mr. Morfitt calls Officer Matt Warren. Direct (1:12-1:14pm). Cross (1:14-1:16pm). No re-direct. Witness excused. |
| | | Court hears argument on revocation of pre-trial release. |

Case 2:17-cr-01003-LRR-CJW     Document 22     Filed 02/21/17     Page 2 of 3

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **WITNESS & EXHIBIT LIST** |
| Plaintiff(s), | Case No.   17-CR-1003-LRR-1 |
| vs. | Presiding Judge  Magistrate C.J. Williams |
| | Deputy Clerk  Sarah Melvin |
| JEREMY MICHAEL KIEFFER, | Court Reporter  Patrice Murray |
| Defendant(s). | Plaintiff Att'y  AUSA Tony Morfitt |
| Trial Dates    2/21/2017 (Revocation of Pre-Trial Release) | Defendant Att'y  AFPD Jill Johnston |

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Officer Kristi Reynolds, USPO | 2/21/17 | 1:03 PM | 2/21/17 | 1:11 PM |
| 2 | Officer Matt Warren, USPO | 2/21/17 | 1:12 PM | 2/21/17 | 1:16 PM |

| # | **DEFENSE** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

\* Exhibit Receipted to Task Force Officer

\*\* **A**=Admitted; **APT**=Admitted at Pre-Trial; **RSO**=Received Subject to Objection; **OS**=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| | None | | |

| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| 1 | Appearance Bond & Order Setting Conditions of Release (filed doc. #13-1) | 2/21/17 | A |
| 3 | Second Notice of Non-Compliance (filed doc. #20-1) | 2/21/17 | A |
| 4 | Jones County Documents | 2/21/17 | A |
| 7 | State Court Financial Affidavit | 2/21/17 | A |
| 8 | State Court Judgment for Krista Lippstock | 2/21/17 | A |

| Marked | **DEFENSE** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| A | Article | 2/21/17 | A |

Page 3 of  3