# GOSPEL ECHOES TEAM
## CERTIFICATE

*This certifies that*     **JEREMY KIEFFER**

*has successfully completed the*

### GOSPEL ECHOES TEAM
SCHOOL OF CORRESPONDENCE BIBLE STUDIES BASIC COURSE



1. God's Great Love
2. Growing in the Christian Life
3. Sharing Your Christian Faith
4. Growing Toward Maturity

*Date Granted*     **May 05, 2017**

*Virginia*

*Bible Course Instructor*



AO386-B
**DEFENDANT'S EXHIBIT**
Kieffer
CASE NO. 17-CR-1003
EXHIBIT NO. E

# GOSPEL ECHOES TEAM BIBLE STUDIES

## *Certificate*

*This is to certify that* **JEREMY KIEFFER**

*has successfully completed the*
Gospel Echoes Team
School of Correspondence Bible Studies Advanced Course

## The Christian Way in Marriage

Granted this **8th** day of **May** , 20 **17**

GOSPEL ECHOES TEAM
Association, Inc.

*Virginia*
Instructor

Marvin R. Beachy, President

6H032017 5-C

© 2013 Gospel Echoes Team
All Rights Reserved. Printed in USA

2

# GOSPEL ECHOES TEAM BIBLE STUDIES

## Certificate

**JEREMY KIEFFER**

*This is to certify that* _____

*has successfully completed the*
Gospel Echoes Team
School of Correspondence Bible Studies Advanced Course

## Growing Through Bible Study

Granted this **16th** day of **May**, 20 **17**

GOSPEL
ECHOES TEAM
Association, Inc.

*Virginia*
Instructor

Marvin R. Beachy, President

© 2013 Gospel Echoes Team
All Rights Reserved. Printed in USA



# Certificate of Baptism

This certifies that __Jeremy Kieffer__ was baptized in the name of the Father and of the Son and of the Holy Spirit on

the __30th__ day of __April__ , __2017__

__Fresh Start Ministries__ Church

of __Cedar Rapids__ , __Iowa__

_Chap Dave Potter_ / _Pastor Dave E. Becher_

Pastor

### The Meaning of Baptism

Know ye not, that so many of us as were baptized into Jesus Christ were baptized into his death? Therefore we are buried with him by baptism into death; that like as Christ was raised up from the dead by the glory of the Father, even so we also should walk in newness of life (Rom. 6:3-4, KJV).

AO386-B

DEFENDANT'S EXHIBIT

CASE NO. 17-CR-1003

EXHIBIT NO. F

Kieffer

BROADMAN