

# GOSPEL ECHOES TEAM
## *Certificate*

This is to certify that **JEREMY KIEFFER**

has successfully completed the Series of 8 Courses by

### GOSPEL ECHOES TEAM
### SCHOOL OF CORRESPONDENCE BIBLE STUDIES

1. GOD'S GREAT LOVE
2. GROWING IN THE CHRISTIAN LIFE
3. SHARING YOUR CHRISTIAN FAITH
4. GROWING TOWARD MATURITY
5. THE CHRISTIAN WAY IN MARRIAGE
6. GROWING THROUGH BIBLE STUDY
7. GOOD NEWS ABOUT JESUS
8. THE ACTS OF THE APOSTLES

Granted this **6th** day of **June**, 20 **17**

*"Study to show thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth." 2 Timothy 2.15*

*Judy, Grader*
BIBLE COURSE INSTRUCTOR

*Marvin R. Beachy*
PRESIDENT

AO386-B
CASE NO. 17-CR-1003
DEFENDANT'S EXHIBIT
EXHIBIT NO. G