# UNITED STATES DISTRICT COURT

USCA8, No. _____

## for the Northern District of Iowa

### NOTICE OF APPEAL

United States of America )
)
      Plaintiff )   _____
)   District Court Docket Number
)
      vs. )
)
_____ )   _____
)   District Court Judge
)
      Defendant. )

Notice is hereby given that _____ appeals to the Eighth

Circuit from the: ☐ Judgment & Commitment ☐ Order _____ entered in this action on
(Specify)

_____.

_____      _____
Signature of Defendant's Counsel      Typed Name of Defendant's Counsel

_____    ( ) _____
Street Address      Room Number      Telephone Number

_____    _____
City     State     Zip      Date

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☐ Please prepare a transcript of:      ☐ I am not ordering a transcript because:
  ☐    Pre-trial proceedings      ☐    Previously Filed
  ☐    Testimony <u>or</u>      ☐    Other (Specify) _____
  ☐    Portions thereof
  ☐    Sentencing
  ☐    Post Trial Proceedings
  ☐    Other (Specify)

## CERTIFICATE OF COMPLIANCE

    Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter (FRAP 10(b)).

Method of payment: ☐ Funds, ☐ CJA Form 24 completed and sent to court reporter.

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1.     Defendant's Address: _____

2.     Date of Verdict: _____ ☐ Jury  ☐ Non-Jury

        Offenses: _____

                _____

                _____

        Trial Testimony - Number of Days _____ Bail Status _____

3.     Sentence and Date Imposed: _____

                                    _____

4.     Appealing:    Sentence ☐    Conviction ☐    Both ☐

        Challenging:       ☐ Application of Sentencing Guidelines
                            ☐ Constitutionality of Guidelines
                            ☐ Both Application and Constitutionality

5.     Date Trial Transcript ordered by Counsel or District Court: _____

        Stenographer in Charge: _____

        (Name, Address, Phone) _____

6.     Trial Counsel was:    ☐ Appointed    ☐ Retained

                Does Defendant's financial status warrant appointment of counsel
                on appeal?      ☐ Yes         ☐ No

                Affidavit of Financial Status filed: _____

                Is there any reason why trial counsel should not be appointed as
                counsel on appeal?     ☐ Yes   ☐ No

7.     Assistant U.S. Attorney Name & Phone Number: _____

                                            _____

# COURT REPORTER ACKNOWLEDGMENT

_____         _____         _____

Date Order Received         Estimated Completion Date         Est Number of Pages

_____         _____

Court Reporter's Signature         Date