IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA


UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
    VS.                    )   CR 17-1003
                           )
JEREMY KIEFFER,            )
                           )
            Defendant.     )


APPEARANCES:

ATTORNEY TIMOTHY LAWRENCE VAVRICEK, Assistant U.S. Attorney, 111 Seventh Avenue S.E., Box 1, Cedar Rapids, Iowa 52401, appeared on behalf of the United States.

ATTORNEY JILL M. JOHNSTON, of the Federal Public Defender's Office, 222 Third Avenue S.E., Suite 290, Cedar Rapids, Iowa 52401, appeared on behalf of the Defendant.

SENTENCING HEARING,

HELD BEFORE THE HON. LINDA R. READE,

on the 20th day of June, 2017, at 111 Seventh Avenue

S.E., Cedar Rapids, Iowa, commencing at 11:28 a.m., and

reported by Patrice A. Murray, Certified Shorthand

Reporter, using machine shorthand.

Transcript Ordered:  7/3/17
Transcript Completed:  7/25/17


Patrice A. Murray, CSR, RPR, RMR, FCRR
United States District Court
111 Seventh Avenue S.E., Box 4
Cedar Rapids, Iowa 52401-2101
(319) 286-2338

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:17-cr-01003-LRR-CJW   Document 65   Filed 07/25/17   Page 1 of 25

(The following proceedings were held in open court.)

THE CLERK: In Criminal Matter 17-CR-1003, United States of America versus Jeremy Michael Kieffer, on for a sentencing hearing. The United States Probation Office is represented by Angie Myhlhousen.

Counsel, please state your appearances.

MR. VAVRICEK: Tim Vavricek for the United States.

MS. JOHNSTON: Jill Johnston on behalf of Mr. Kieffer.

THE COURT: And Mr. Kieffer is personally present.

Mr. Kieffer, do you recall being in court on March 30, 2017, and pleading guilty to Count 1 of the superseding indictment, charging you with being a prohibited person in possession of a firearm?

THE DEFENDANT: Yes, Your Honor.

THE COURT: The penalty for this offense can be a prison term as long as 10 years, followed by a supervised release term of up to 3 years. Probation is available under the statute. Were it granted, it would be 1 to 5 years in duration. Your fine could be as much as $250,000. Restitution is not an issue. $100 special assessment.

Do you remember your attorney talking to you about

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01003-LRR-CJW    Document 65    Filed 07/25/17    Page 2 of 25

these penalties prior to the time you appeared in court and gave your plea of guilty?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Do you understand that you are in court today for the purpose of being sentenced on your plea of guilty?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Is your plea still guilty?

THE DEFENDANT: Yes, Your Honor.

THE COURT: The Court has received and read the presentence investigation report, Document 49, dated June 8th of 2017. Officer Myhlhousen reports an update that Mr. Kieffer paid his $100 special assessment on June 12th. And also, with regard to Paragraph 59, the update is that, apparently, Mr. Kieffer and Ms. Lippstock have now been married.

Other than what's in the official records of the court, I have no independent information concerning this case or this defendant.

Mr. Vavricek, have you had the opportunity to go through the presentence investigation report?

MR. VAVRICEK: Yes, Your Honor.

THE COURT: After so doing, do you have any objections to the scoring of the advisory guideline sentence?

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
Case 2:17-cr-01003-LRR-CJW   Document 65   Filed 07/25/17   Page 3 of 25
*to purchase a complete copy of the transcript.*

MR. VAVRICEK:  No, Your Honor.

THE COURT:  Ms. Johnston, have you and your client been through the presentence investigation report?

MS. JOHNSTON:  We have, Your Honor.

THE COURT:  Will you make a brief record, please, as to how you went about doing that.

MS. JOHNSTON:  Yes.  I sent both versions of the presentence report to Mr. Kieffer.  We met in person and went through them.  And after reviewing the report, we have no objection to the calculation of the guideline range.

THE COURT:  Mr. Kieffer, do you remember receiving a copy of the presentence investigation report to read?

THE DEFENDANT:  Yes, I do, Your Honor.

THE COURT:  Did you read it?

THE DEFENDANT:  Yes, I did.

THE COURT:  I see you have a GED, so I am making the assumption that when you read this report, you were able to understand what you were reading; is that fair?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Have you had as much time as you wanted to, to talk to your attorney about the contents of the report and any concerns that you had?

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:17-cr-01003-LRR-CJW   Document 65   Filed 07/25/17   Page 4 of 25

THE DEFENDANT:  Yes, I have, Your Honor.

THE COURT:  Then the Court accepts the computation of the advisory guideline sentence.  I'm on Page 4.  The base offense level is 14.  Defendant was a prohibited person when he possessed one or more firearms.  There's a 2-level increase because of the number of firearms, three to seven firearms.  There's indication in the presentence report that Mr. Kieffer's now wife pawned some of those after the fact.  2-level increase because at least one of the firearms was stolen.  4-level increase because defendant used or possessed a firearm or ammunition in connection with another felony offense, specifically, carrying weapons in violation of Iowa Code Section 724.41.  That gives us an adjusted offense level of 22.

I'm reserving ruling on whether or not acceptance of responsibility should be given, and it's based on Mr. Kieffer's pretrial behavior, not only his use of amphetamines and methamphetamines, his refusal to provide a urine specimen, and his statements to Probation that he "ain't on release and tell the judge to shove the drug test up its ass."  So --

Do you think that's funny, ma'am?  Because I don't think it's funny.

GALLERY SPECTATOR:  No.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:17-cr-01003-LRR-CJW   Document 65   Filed 07/25/17   Page 5 of 25

THE COURT: Okay. So I'm not sure I'm going to grant acceptance, but if I do, Mr. Vavricek, what would the government's position be in that instance?

MR. VAVRICEK: We would move for the additional level, Your Honor.

THE COURT: All right. So I'm not sure I'm going to grant it, but if I did, that would be a 3-level swing, making the total offense level 19. He's criminal history category II. Custody provisions, 33 to 41 months, followed by 1 to 3 years of supervised release. Probation is not recommended under the guidelines. The fine, 10,000 to $100,000. $100 special assessment, which is paid.

Mr. Vavricek, I'm ready to hear from you on your recommendations.

MR. VAVRICEK: Thank you, Your Honor. This defendant poses, in the government's view, an especially high risk to reoffend. When one looks at the probation report, he has literally lived a life of crime, and the record shows -- well, first of all, he managed to get into federal court with that firearm on three separate bases. He's not supposed to have the firearm because he's a felon. He's not supposed to have it because he's a drug user. And he's also not supposed to have it because he has a prior conviction for domestic abuse. So

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:17-cr-01003-LRR-CJW   Document 65   Filed 07/25/17   Page 6 of 25

when he's running around Dubuque County in the middle of the night with a firearm and drugs, that is a dangerous situation to the community. But when you look at the sum total of his life, here you are, after years and years of criminal activity, and we're back here again. And he frankly didn't care that he wasn't supposed to have the firearm for any of these reasons.

He also has a high level of lack of respect for the law and for law enforcement officers and for this court. It starts out with the offense, when he was resistant to the officers who found him in the park and, you know, was yelling such things at them like "police brutality," messing with the locks, and then also indicating that he was going to come after the officers with some kind of complaint, when they hadn't done anything wrong but investigate a clearly concerning situation. We then have a situation, as Your Honor alluded to, where this defendant, unlike many defendants before this Court, was not detained pending his further proceedings -- and I won't repeat the words that the Court used, but they're there in the very thorough presentence investigation report, showing a lot of lack of respect for this Court, the probation officers, and the judge, Judge Williams.

All that said, Your Honor, we think those are factors that the Court should consider when deciding

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov to purchase a complete copy of the transcript.*

Case 2:17-cr-01003-LRR-CJW   Document 65   Filed 07/25/17   Page 7 of 25

where within the range to sentence this defendant, and we request a sentence within the range of 33 to 41 months. Thank you.

THE COURT: Ms. Johnston.

MS. JOHNSTON: Thank you, Your Honor. Your Honor, I'll first address the issue of acceptance of responsibility since the Court indicated that you didn't know if you were going to grant that or not. And we submit that it would be appropriate to grant acceptance in this case. Mr. Kieffer obviously pled guilty to the offense, and we're not challenging relevant conduct in terms of the firearm, so he admitted all of that. And at no point in time has he contested that he had Ms. Lippstock pawn those additional two firearms. We didn't contest anything was stolen. We didn't contest the 4-level increase for possessing a gun in connection with another felony.

And I should just make a brief statement about that, Your Honor. Mr. Kieffer and I had a discussion about it. He was asking about that increase, and that was based on a conversation he had with another inmate who apparently was challenging it. I explained the Eighth Circuit law to him and that it's good law right now, and Mr. Kieffer understands that. But the bottom line is, Mr. Kieffer didn't challenge any of the enhancements. He didn't

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
Case 2:17-cr-01003-LRR-CJW    Document 65    Filed 07/25/17    Page 8 of 25
*to purchase a complete copy of the transcript.*

challenge the underlying possession of the firearm or his prohibited person status, and, again, didn't in any way challenge the fact that he had possessed and had somebody else pawn two firearms for him.  He pled guilty in a timely manner in this case.  And for those reasons, Your Honor, we believe he should get acceptance of responsibility.

His behavior certainly showed disrespect for this court.  There's no doubt about that, but we feel that that could be taken into account in determining what an appropriate sentence is, and that it would be more appropriate in taking it into account in that circumstance rather than not granting acceptance of responsibility.  We're not challenging that Mr. Kieffer used methamphetamine on pretrial release.  And he did admit during his presentence interview that he was using methamphetamine through the time he was age 36, which he currently is.  So I point that out because I just want the Court to understand that we're not disputing the positive drug test from when he was on pretrial release.  So again, for all of these reasons, we would ask that you would grant acceptance of responsibility.

In terms of factors that we're asking you to consider in terms of the ultimate disposition, I would point out that, although Mr. Kieffer does have a somewhat

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov to purchase a complete copy of the transcript.*

Case 2:17-cr-01003-LRR-CJW   Document 65   Filed 07/25/17   Page 9 of 25

extensive criminal history, I think it's telling that he hasn't had any assaultive conduct since 2004, which was 13 years ago. Yes, he has had other offenses in the past 10 years, but those have been driving offenses, plus two drug charges, and that just ties in with the fact that Mr. Kieffer is somebody with some pretty serious drug abuse issues. Yes, he has treatment in the past, but I don't believe that's been since 2004, and he's acknowledged that he would benefit from further treatment. He even admitted he self-medicated with drugs, and we submit that it would be more important in terms of deterrence and protecting the public for Mr. Kieffer to get some intensive drug treatment rather than having a sentence longer such as at the top end of his range.

I also think that him getting some kind of anger management, which is recommended as one of the conditions of his supervised release, would be important as well in terms of helping him to not reoffend again and in terms of protecting the public. The letters that we've submitted to the Court -- which I would move to have introduced into evidence at this point in time.

THE COURT: Any objection?

MR. VAVRICEK: No, Your Honor.

THE COURT: They are received.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:17-cr-01003-LRR-CJW    Document 65    Filed 07/25/17    Page 10 of 25

MS. JOHNSTON: I think those are telling, Your Honor, in the sense that they -- they address Mr. Kieffer's drug use. It's not a secret that this is a guy who had a drug problem, and they're also telling in the sense that they paint a picture of a different person since he's been in custody and has gotten clean. His mother and stepfather especially indicate that Mr. Kieffer seems to have really changed since he's been in custody. He's not using, his mind is straight, he's been undergoing some Bible studies, which just shows that he's making productive use of his time in custody and he's just a different guy. And while certainly nobody ever wants to go to prison, maybe this was a good wake-up call for Mr. Kieffer, and he's now realizing that he just needs to get his life on track, and he's got to stay away from the drugs and the guns and the criminal behavior, otherwise he's going to be locked up for a long time and he'll never be a part of his son's life, and that's something he really wants to be a part of.

So, Your Honor, for all of these reasons, we would ask that you would grant the reduction for acceptance of responsibility. And we're also asking that you would consider a sentence at the low end of the guideline range. Thank you.

THE COURT: Mr. Kieffer, this is the time in

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:17-cr-01003-LRR-CJW    Document 65    Filed 07/25/17    Page 11 of 25

the proceeding when you have a chance to speak.  You don't have to say anything unless you want to.

THE DEFENDANT:  Yes, Your Honor.  First, I'd like to express my deepest apologies for my behavior and for my lack of respect for the court.  I admit I was in the wrong there, and I apologize for that.  I'd also like to say that while my history might show that I've been in trouble a lot, I have struggled with drug addiction my entire life and depression.  And it's no excuse for the things I've done, and I take full responsibility for the reasons I'm here.  And I just want to say that this has indeed been a wake-up call for me, because I was on a path to destruction, and the path I was -- the life I was living, I was not going to live much longer on the road I was travelling.  And so I'm pleased to say that I'm here clean and sober now for 5 months, and I'm definitely seeing things in a different light.

I have a lot of regret for letting my family down. I have an 8-year-old son that desperately needs me right now.  His mother's a drug addict, and he needs me in his life now more than ever, and so I've realized that.  And I just want to look forward to getting my business back on track and living a life that's free of drugs once and for all, and just to give all the glory to God.  And that's all I have to say.  Thank you.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
Case 2:17-cr-01003-LRR-CJW   Document 65   Filed 07/25/17   Page 12 of 25
*to purchase a complete copy of the transcript.*

THE COURT: The Court is ready to make its findings. In arriving at a disposition, I have carefully considered each and every factor under 18 United States Code Section 3553(a). I won't discuss each and every factor, but rest assured each has been very carefully considered. The nature and circumstances of the offense are not in serious contention. I too noticed there's a pattern here. Mr. Kieffer's treatment of the police, who confronted him in Dubuque County, and -- his treatment of them, his verbal abuse of them, his kicking, trying to kick the door shut so that they couldn't search, his allegations of police brutality, his use of vulgarities, his threat, "Just so you know, I will be filing charges against you and your partner," and then his statements on when he was apprehended, because he wouldn't behave on pretrial, telling the judge to "shove the drug test up its ass," those show a complete lack of respect for anyone, in short, and for the Court. I believe that his refusal to participate in drug testing, his statements concerning drug testing, indicate that he is at extremely high risk to fail on supervision. I think it's fine that he's been sober for a few months, but it's only because he's been in custody and has not had the opportunity to revert to his former behavior. I would note that his behavior toward the police, his behavior toward the

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:17-cr-01003-LRR-CJW Document 65 Filed 07/25/17 Page 13 of 25

Court, is very consistent with his criminal history of assaultive behavior, domestic assault, simple assault, very consistent with his driving without a driver's license, repeatedly just shows a complete and total lack of respect for authority and for the law. So he will reoffend, in my opinion, unless things drastically change. I believe he poses a danger to the community, based on his assaultive behavior.

The Court has noted, he is age 36. He has no physical conditions that would be of concern in the Bureau of Prisons. He claims mental health treatment for depression and attention deficit hyperactivity disorder. Certainly, he is a drug user, a heavy drug user, who has made the decision in the past not to stop using. He reports that he has a certificate related to masonry and bricklaying, and he claims self-employment in that trade, although his reports from the Social Security Administration at Paragraph 79 would indicate very little earnings in the past 10 years. Some years, absolutely not a dime of reported earnings to Social Security.

His criminal history speaks for itself. Juvenile adjudication for simple assault and criminal mischief, cut off a minor female's pants so that another male juvenile could sexually assault her. That is not admitted, but he does admit that he was adjudicated of

simple assault.  He objects to the underlying facts of the adjudication, so I won't consider what I just said, except that he started out with an assault even as a juvenile.

Criminal convictions:  Delivery of mushrooms; burglary; assaults; domestic abuse assault causing bodily injury, a couple of those; attempted possession with intent to distribute, 40 pounds of marijuana found in his possession; noncompliance in one case on state supervision, including absconding from supervision.

I think there's a basis for not granting acceptance of responsibility based on his pretrial conduct.  I am going to score it, but I am going to adjust his sentence for his pretrial performance, as well as all the other facts and circumstances that are unobjected to in the presentence investigation report.

I want to make sure that I'm clear.  I was reading off of an entry.  Defendant denies the narrative at Paragraph 30, and I will not consider the narrative, merely that he was convicted of simple assault and criminal mischief at age 13.

After a thorough review of this record and the 3553(a) factors of Title 18, it is the judgment of the Court that the sentence that is sufficient but not greater than necessary to achieve the goals of sentencing

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:17-cr-01003-LRR-CJW   Document 65   Filed 07/25/17   Page 15 of 25

is a 41-month sentence, followed by 3 years of supervised release.

It is the judgment of the Court that Jeremy Michael Kieffer is hereby committed to the custody of the Bureau of Prisons to be imprisoned for 41 months. I order that the term of imprisonment for this offense be ordered to serve -- be served concurrently with any term of imprisonment that may be imposed in Counts 1 and 3 of the Iowa District Court for Dubuque County, case FECR 121442, pursuant to guideline 5G1.3(c).

Recommendations to the Bureau of Prisons are that he be designated to a Bureau of Prisons' facility in close proximity to his family commensurate with his security and custody classification needs. I recommend that he participate in the Bureau of Prisons' 500-hour Comprehensive Residential Drug Abuse Treatment Program or an alternate substance abuse treatment program.

I recommend that the sentence for this offense be served consecutively to any term of imprisonment that may be imposed in the Iowa District Court for Dubuque County, two cases, NTA 0139807 and SMCR 121443, as they are totally unrelated to this case. So I did give him acceptance of responsibility at 3 levels.

Upon release from imprisonment, Mr. Kieffer, you'll be on supervised release for 3 years. While you are on

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov to purchase a complete copy of the transcript.*

Case 2:17-cr-01003-LRR-CJW   Document 65   Filed 07/25/17   Page 16 of 25

supervised release, you must comply with the following mandatory conditions: You must not commit any federal, state, or local crimes. You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of controlled substances. You must cooperate in the collection of a DNA sample.

In addition, you must comply with the standard conditions of supervision set out in the judgment order. You must comply with the special conditions of supervision set out in the presentence investigation report, Paragraphs 95 through 100, as ordered by the Court, and these are incorporated by this reference.

Mr. Kieffer, for a variety of reasons, and now most directly because you are a convicted felon, it's against the law for you to possess for any reason a firearm or ammunition. Frankly, with this criminal history, if you are caught again with a firearm or ammunition, prosecuted, and come up for sentencing, you will receive a very significant sentence. So if you don't want to spend more time in prison, best have nothing to do with firearms and ammunition.

I order that you pay a $100 special assessment, and as noted, I understand that that has been paid, and the judgment and commitment order will so reflect. No fine is imposed.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov to purchase a complete copy of the transcript.*

Case 2:17-cr-01003-LRR-CJW   Document 65   Filed 07/25/17   Page 17 of 25

You are remanded to the custody of the United States Marshal.

There are no counts to be dismissed.

Mr. Kieffer, if you do not agree with this judgment and commitment, you can appeal to the Eighth Circuit Court of Appeals, which is the next highest court. Here's how you appeal. You have to file a written notice of appeal with the Clerk of Court here in the United States District Court for the Northern District of Iowa at Cedar Rapids, Iowa. If you do not file a written notice of appeal within the next 14 days, you forever give up your right to challenge this judgment and sentence. If you would like to appeal and you cannot afford the services of an attorney, the Court will appoint an attorney to represent you on appeal.

Just a word to the wise, Mr. Kieffer, if you behave on supervised release as you did on pretrial, you won't be free for very long. I do not permit people to speak to Probation officers or to speak about the Court in that way. And if you refuse to give a drug sample or a urine specimen or any other test, that is a grounds for automatic revocation of your supervision and your return to prison. So you may think it's cool to talk that way, but you won't talk that way as long as I'm on this bench. Do you understand?

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
Case 2:17-cr-01003-LRR-CJW   Document 65   Filed 07/25/17   Page 18 of 25
*to purchase a complete copy of the transcript.*

THE DEFENDANT: Loud and clear, Your Honor.

THE COURT: All right. Anything else, Mr. Vavricek?

MR. VAVRICEK: No, Your Honor. Thank you.

THE COURT: Ms. Johnston?

MS. JOHNSTON: Your Honor, I just want to point out that Paragraphs 47 and 48 of the presentence report, which are pending charges in Dubuque, and those are the two that you ordered run consecutively to his federal sentence, those actually did arise out of the same incident. I don't know if that makes a difference to you, but I wanted to point that out and would ask that you would reconsider and ask that the sentence -- the federal sentence run concurrently with those offenses.

THE COURT: No, because the driving while license under suspension has nothing to do with being a felon in possession, and neither does possession of drug paraphernalia or interference, so declined. Thank you.

(Proceedings concluded at 11:56 a.m.)

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:17-cr-01003-LRR-CJW    Document 65    Filed 07/25/17    Page 19 of 25

C E R T I F I C A T E

I, Patrice A. Murray, a Certified Shorthand Reporter of the State of Iowa, do hereby certify that at the time and place heretofore indicated, a hearing was held before the Honorable Linda R. Reade; that I reported in shorthand the proceedings of said hearing, reduced the same to print to the best of my ability by means of computer-assisted transcription under my direction and supervision, and that the foregoing transcript is a true record of all proceedings had on the taking of said hearing at the above time and place.

I further certify that I am not related to or employed by any of the parties to this action, and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

IN WITNESS WHEREOF, I have set my hand this 25th day of June, 2017.

/s/ Patrice A. Murray
Patrice A. Murray, CSR, RPR, RMR, FCRR
United States District Court, NDIA
111 Seventh Avenue S.E., Box 4
Cedar Rapids, Iowa 52401-2101

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov to purchase a complete copy of the transcript.*

Case 2:17-cr-01003-LRR-CJW    Document 65    Filed 07/25/17    Page 20 of 25

**$**

**$100** [4] - 2:23, 3:13, 6:12, 17:22
**$100,000** [1] - 6:12
**$250,000** [1] - 2:23

**/**

**/s** [1] - 20:12

**0**

**0139807** [1] - 16:21

**1**

**1** [5] - 1:10, 2:14, 2:22, 6:10, 16:8
**10** [3] - 2:19, 10:4, 14:19
**10,000** [1] - 6:12
**100** [1] - 17:11
**111** [4] - 1:10, 1:17, 1:24, 20:14
**11:28** [1] - 1:18
**11:56** [1] - 19:19
**121442** [1] - 16:9
**121443** [1] - 16:21
**12th** [1] - 3:14
**13** [2] - 10:3, 15:21
**14** [2] - 5:4, 18:11
**17-1003** [1] - 1:5
**17-CR-1003** [1] - 2:2
**18** [2] - 13:3, 15:23
**19** [1] - 6:8

**2**

**2-level** [2] - 5:6, 5:9
**2004** [2] - 10:2, 10:8
**2017** [4] - 1:17, 2:14, 3:12, 20:11
**20th** [1] - 1:17
**22** [1] - 5:15
**222** [1] - 1:12
**25th** [1] - 20:10
**286-2338** [1] - 1:25
**290** [1] - 1:12

**3**

**3** [6] - 2:20, 6:10, 16:1, 16:8, 16:23, 16:25
**3-level** [1] - 6:7
**30** [2] - 2:14, 15:19
**319** [1] - 1:25
**33** [2] - 6:9, 8:2

**3553(a** [1] - 15:23
**3553(a)** [1] - 13:4
**36** [2] - 9:17, 14:9

**4**

**4** [3] - 1:24, 5:4, 20:14
**4-level** [2] - 5:10, 8:16
**40** [1] - 15:8
**41** [3] - 6:10, 8:2, 16:5
**41-month** [1] - 16:1
**47** [1] - 19:7
**48** [1] - 19:7
**49** [1] - 3:11

**5**

**5** [2] - 2:22, 12:16
**500-hour** [1] - 16:15
**52401** [2] - 1:11, 1:13
**52401-2101** [2] - 1:24, 20:14
**59** [1] - 3:14
**5G1.3(c)** [1] - 16:10

**7**

**7/25/17** [1] - 1:21
**7/3/17** [1] - 1:21
**724.41** [1] - 5:14
**79** [1] - 14:18

**8**

**8-year-old** [1] - 12:19
**8th** [1] - 3:12

**9**

**95** [1] - 17:11

**A**

**a.m** [2] - 1:18, 19:19
**ability** [1] - 20:4
**able** [1] - 4:20
**absconding** [1] - 15:10
**absolutely** [1] - 14:19
**Abuse** [1] - 16:16
**abuse** [5] - 6:25, 10:7, 13:10, 15:6, 16:17
**acceptance** [10] - 5:16, 6:2, 8:6, 8:9, 9:6, 9:13, 9:22, 11:21, 15:11, 16:23
**accepts** [1] - 5:2
**account** [2] - 9:10, 9:12
**achieve** [1] - 15:25
**acknowledged** [1] - 10:9
**action** [2] - 20:8, 20:9

**activity** [1] - 7:5
**addict** [1] - 12:20
**addiction** [1] - 12:8
**addition** [1] - 17:7
**additional** [2] - 6:4, 8:14
**address** [2] - 8:6, 11:2
**adjudicated** [1] - 14:25
**adjudication** [2] - 14:22, 15:2
**adjust** [1] - 15:13
**adjusted** [1] - 5:14
**Administration** [1] - 14:18
**admit** [3] - 9:16, 12:5, 14:25
**admitted** [3] - 8:12, 10:10, 14:25
**advisory** [2] - 3:24, 5:3
**afford** [1] - 18:14
**age** [3] - 9:17, 14:9, 15:21
**ago** [1] - 10:3
**agree** [1] - 18:4
**ain't** [1] - 5:21
**allegations** [1] - 13:12
**alluded** [1] - 7:17
**alternate** [1] - 16:17
**AMERICA** [1] - 1:3
**America** [1] - 2:3
**ammunition** [4] - 5:12, 17:16, 17:17, 17:21
**amphetamines** [1] - 5:19
**anger** [1] - 10:16
**Angie** [1] - 2:5
**apologies** [1] - 12:4
**apologize** [1] - 12:6
**appeal** [6] - 18:5, 18:7, 18:8, 18:11, 18:13, 18:15
**Appeals** [1] - 18:6
**APPEARANCES** [1] - 1:9
**appearances** [1] - 2:6
**appeared** [3] - 1:11, 1:13, 3:1
**appoint** [1] - 18:15
**apprehended** [1] - 13:15
**appropriate** [3] - 8:9, 9:11, 9:12
**arise** [1] - 19:10
**arriving** [1] - 13:2
**ass** [2] - 5:22, 13:17
**assault** [8] - 14:2, 14:22, 14:24, 15:1, 15:3, 15:6, 15:20
**assaultive** [3] - 10:2, 14:2, 14:8
**assaults** [1] - 15:6
**assessment** [4] - 2:24, 3:13, 6:13, 17:22
**Assistant** [1] - 1:10
**assisted** [1] - 20:5
**assumption** [1] - 4:19
**assured** [1] - 13:5
**attempted** [1] - 15:7
**attention** [1] - 14:12
**ATTORNEY** [2] - 1:10, 1:12

**attorney** [5] - 2:25, 4:24, 18:14, 18:15, 20:9
**Attorney** [1] - 1:10
**authority** [1] - 14:5
**automatic** [1] - 18:22
**available** [1] - 2:21
**Avenue** [5] - 1:10, 1:12, 1:17, 1:24, 20:14

**B**

**base** [1] - 5:4
**based** [4] - 5:17, 8:20, 14:8, 15:12
**bases** [1] - 6:22
**basis** [1] - 15:11
**BEFORE** [1] - 1:16
**behalf** [3] - 1:11, 1:13, 2:9
**behave** [2] - 13:15, 18:16
**behavior** [9] - 5:18, 9:8, 11:16, 12:4, 13:24, 13:25, 14:2, 14:8
**bench** [1] - 18:24
**benefit** [1] - 10:9
**best** [2] - 17:20, 20:4
**Bible** [1] - 11:10
**bodily** [1] - 15:6
**bottom** [1] - 8:24
**Box** [3] - 1:10, 1:24, 20:14
**bricklaying** [1] - 14:16
**brief** [2] - 4:5, 8:18
**brutality** [2] - 7:12, 13:12
**Bureau** [5] - 14:11, 16:4, 16:11, 16:12, 16:15
**burglary** [1] - 15:6
**business** [1] - 12:22

**C**

**calculation** [1] - 4:10
**call** [2] - 11:14, 12:12
**cannot** [1] - 18:13
**care** [1] - 7:6
**carefully** [2] - 13:2, 13:5
**carrying** [1] - 5:13
**case** [6] - 3:19, 8:10, 9:5, 15:9, 16:9, 16:22
**cases** [1] - 16:21
**category** [1] - 6:9
**caught** [1] - 17:17
**causing** [1] - 15:6
**Cedar** [6] - 1:10, 1:13, 1:18, 1:24, 18:10, 20:14
**certainly** [3] - 9:8, 11:12, 14:13
**certificate** [1] - 14:15
**Certified** [2] - 1:19, 20:2
**certify** [2] - 20:2, 20:7
**challenge** [4] - 8:25, 9:1, 9:3, 18:12

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov to purchase a complete copy of the transcript.*

Case 2:17-cr-01003-LRR-CJW    Document 65    Filed 07/25/17    Page 21 of 25

**challenging** [3] - 8:11, 8:22, 9:14
**chance** [1] - 12:1
**change** [1] - 14:7
**changed** [1] - 11:8
**charges** [3] - 10:5, 13:13, 19:8
**charging** [1] - 2:15
**Circuit** [2] - 8:22, 18:5
**circumstance** [1] - 9:13
**circumstances** [2] - 13:6, 15:15
**claims** [2] - 14:11, 14:16
**classification** [1] - 16:14
**clean** [2] - 11:6, 12:16
**clear** [2] - 15:17, 19:1
**clearly** [1] - 7:16
**Clerk** [1] - 18:8
**CLERK** [1] - 2:2
**client** [1] - 4:3
**close** [1] - 16:12
**Code** [2] - 5:13, 13:4
**collection** [1] - 17:6
**commencing** [1] - 1:18
**commensurate** [1] - 16:13
**commit** [1] - 17:2
**commitment** [2] - 17:24, 18:5
**committed** [1] - 16:4
**community** [2] - 7:3, 14:7
**complaint** [1] - 7:15
**complete** [2] - 13:17, 14:4
**Completed** [1] - 1:21
**comply** [3] - 17:1, 17:7, 17:9
**Comprehensive** [1] - 16:16
**computation** [1] - 5:3
**computer** [1] - 20:5
**computer-assisted** [1] - 20:5
**concern** [1] - 14:10
**concerning** [3] - 3:18, 7:16, 13:20
**concerns** [1] - 4:25
**concluded** [1] - 19:19
**concurrently** [2] - 16:7, 19:14
**conditions** [5] - 10:17, 14:10, 17:2, 17:8, 17:9
**conduct** [3] - 8:11, 10:2, 15:12
**confronted** [1] - 13:9
**connection** [2] - 5:12, 8:16
**consecutively** [2] - 16:19, 19:9
**consider** [5] - 7:25, 9:24, 11:23, 15:2, 15:19
**considered** [2] - 13:3, 13:6
**consistent** [2] - 14:1, 14:3
**contention** [1] - 13:7
**contents** [1] - 4:24
**contest** [2] - 8:15

**contested** [1] - 8:13
**controlled** [2] - 17:4, 17:5
**conversation** [1] - 8:21
**convicted** [2] - 15:20, 17:14
**conviction** [1] - 6:25
**convictions** [1] - 15:5
**cool** [1] - 18:23
**cooperate** [1] - 17:6
**copy** [1] - 4:13
**Counsel** [1] - 2:6
**counsel** [1] - 20:9
**Count** [1] - 2:14
**counts** [1] - 18:3
**Counts** [1] - 16:8
**County** [4] - 7:1, 13:9, 16:9, 16:20
**couple** [1] - 15:7
**COURT** [24] - 1:1, 2:11, 2:18, 3:4, 3:8, 3:10, 3:23, 4:2, 4:5, 4:12, 4:16, 4:18, 4:23, 5:2, 6:1, 6:6, 8:4, 10:23, 10:25, 11:25, 13:1, 19:2, 19:5, 19:15
**Court** [25] - 1:23, 3:10, 5:2, 7:18, 7:20, 7:22, 7:25, 8:7, 9:19, 10:21, 13:1, 13:18, 14:1, 14:9, 15:24, 16:3, 16:9, 16:20, 17:12, 18:6, 18:8, 18:9, 18:14, 18:19, 20:13
**court** [10] - 2:1, 2:13, 3:1, 3:5, 3:18, 6:21, 7:9, 9:9, 12:5, 18:6
**CR** [1] - 1:5
**crime** [1] - 6:19
**crimes** [1] - 17:3
**Criminal** [1] - 2:2
**criminal** [10] - 6:8, 7:5, 10:1, 11:16, 14:1, 14:21, 14:22, 15:5, 15:21, 17:16
**CSR** [2] - 1:23, 20:13
**custody** [8] - 6:9, 11:6, 11:9, 11:11, 13:23, 16:4, 16:14, 18:1
**cut** [1] - 14:23

## D

**danger** [1] - 14:7
**dangerous** [1] - 7:2
**dated** [1] - 3:11
**days** [1] - 18:11
**deciding** [1] - 7:25
**decision** [1] - 14:14
**declined** [1] - 19:18
**deepest** [1] - 12:4
**defendant** [7] - 3:19, 5:4, 5:11, 6:17, 7:18, 8:1, 15:18
**Defendant** [2] - 1:7, 1:13
**DEFENDANT** [10] - 2:17, 3:3, 3:7, 3:9, 4:15, 4:17, 4:22, 5:1, 12:3, 19:1
**defendants** [1] - 7:18

**Defender's** [1] - 1:12
**deficit** [1] - 14:12
**definitely** [1] - 12:16
**delivery** [1] - 15:5
**denies** [1] - 15:18
**depression** [2] - 12:9, 14:12
**designated** [1] - 16:12
**desperately** [1] - 12:19
**destruction** [1] - 12:13
**detained** [1] - 7:19
**determining** [1] - 9:10
**deterrence** [1] - 10:12
**difference** [1] - 19:11
**different** [3] - 11:5, 11:12, 12:17
**dime** [1] - 14:20
**direction** [1] - 20:5
**directly** [1] - 17:14
**discuss** [1] - 13:4
**discussion** [1] - 8:19
**dismissed** [1] - 18:3
**disorder** [1] - 14:12
**disposition** [2] - 9:24, 13:2
**disputing** [1] - 9:19
**disrespect** [1] - 9:8
**distribute** [1] - 15:8
**DISTRICT** [2] - 1:1, 1:1
**District** [6] - 1:23, 16:9, 16:20, 18:9, 20:13
**DNA** [1] - 17:6
**Document** [1] - 3:11
**domestic** [3] - 6:25, 14:2, 15:6
**done** [2] - 7:15, 12:10
**door** [1] - 13:11
**doubt** [1] - 9:9
**down** [1] - 12:18
**drastically** [1] - 14:6
**driver's** [1] - 14:3
**driving** [3] - 10:4, 14:3, 19:15
**drug** [17] - 5:21, 6:24, 9:20, 10:5, 10:6, 10:13, 11:3, 11:4, 12:8, 12:20, 13:16, 13:19, 13:20, 14:13, 18:20, 19:17
**Drug** [1] - 16:16
**drugs** [4] - 7:2, 10:11, 11:16, 12:23
**Dubuque** [5] - 7:1, 13:9, 16:9, 16:20, 19:8
**duration** [1] - 2:22
**during** [1] - 9:16

## E

**earnings** [2] - 14:19, 14:20
**Eighth** [2] - 8:22, 18:5
**employed** [2] - 20:8, 20:9
**employee** [1] - 20:8
**employment** [1] - 14:16
**end** [2] - 10:14, 11:23

**enforcement** [1] - 7:9
**enhancements** [1] - 8:25
**entire** [1] - 12:9
**entry** [1] - 15:18
**especially** [2] - 6:17, 11:7
**evidence** [1] - 10:22
**except** [1] - 15:3
**excuse** [1] - 12:9
**explained** [1] - 8:22
**express** [1] - 12:4
**extensive** [1] - 10:1
**extremely** [1] - 13:20

## F

**facility** [1] - 16:12
**fact** [3] - 5:9, 9:3, 10:5
**factor** [2] - 13:3, 13:5
**factors** [3] - 7:25, 9:23, 15:23
**facts** [2] - 15:1, 15:15
**fail** [1] - 13:21
**fair** [1] - 4:21
**family** [2] - 12:18, 16:13
**FCRR** [2] - 1:23, 20:13
**FECR** [1] - 16:9
**federal** [4] - 6:21, 17:2, 19:9, 19:14
**Federal** [1] - 1:12
**feel** [1] - 9:9
**felon** [3] - 6:23, 17:14, 19:17
**felony** [2] - 5:12, 8:17
**female's** [1] - 14:23
**few** [1] - 13:22
**file** [2] - 18:7, 18:10
**filing** [1] - 13:13
**financially** [1] - 20:9
**findings** [1] - 13:2
**fine** [4] - 2:22, 6:12, 13:21, 17:24
**firearm** [10] - 2:16, 5:11, 6:21, 6:22, 7:2, 7:7, 8:12, 9:1, 17:15, 17:17
**firearms** [7] - 5:5, 5:7, 5:10, 8:14, 9:4, 17:21
**first** [3] - 6:20, 8:6, 12:3
**followed** [3] - 2:19, 6:10, 16:1
**following** [2] - 2:1, 17:1
**FOR** [1] - 1:1
**foregoing** [1] - 20:5
**forever** [1] - 18:11
**former** [1] - 13:24
**forward** [1] - 12:22
**frankly** [2] - 7:6, 17:16
**free** [2] - 12:23, 18:18
**full** [1] - 12:10
**funny** [2] - 5:23, 5:24

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov to purchase a complete copy of the transcript.*

## G

GALLERY [1] - 5:25
GED [1] - 4:18
get [4] - 6:20, 9:6, 10:13, 11:15
getting [2] - 10:16, 12:22
give [4] - 12:24, 16:22, 18:12, 18:20
given [1] - 5:17
gives [1] - 5:14
glory [1] - 12:24
goals [1] - 15:25
God [1] - 12:24
government's [2] - 6:3, 6:17
grant [6] - 6:2, 6:7, 8:8, 8:9, 9:22, 11:21
granted [1] - 2:21
granting [2] - 9:13, 15:11
greater [1] - 15:25
grounds [1] - 18:21
guideline [5] - 3:24, 4:10, 5:3, 11:23, 16:10
guidelines [1] - 6:12
guilty [6] - 2:14, 3:2, 3:6, 3:8, 8:10, 9:4
gun [1] - 8:16
guns [1] - 11:16
guy [2] - 11:4, 11:12

## H

hand [1] - 20:10
health [1] - 14:11
hear [1] - 6:14
hearing [4] - 2:4, 20:3, 20:4, 20:6
HEARING [1] - 1:15
heavy [1] - 14:13
HELD [1] - 1:16
held [2] - 2:1, 20:3
helping [1] - 10:19
hereby [2] - 16:4, 20:2
hereto [1] - 20:9
heretofore [1] - 20:3
high [3] - 6:18, 7:8, 13:21
highest [1] - 18:6
history [6] - 6:9, 10:1, 12:7, 14:1, 14:21, 17:16
HON [1] - 1:16
Honor [25] - 2:17, 3:3, 3:7, 3:9, 3:22, 4:1, 4:4, 4:15, 4:22, 5:1, 6:5, 6:16, 7:17, 7:24, 8:5, 8:6, 8:19, 9:6, 10:24, 11:2, 11:20, 12:3, 19:1, 19:4, 19:6
Honorable [1] - 20:3
hyperactivity [1] - 14:12

## I

II [1] - 6:9
important [2] - 10:11, 10:18
imposed [3] - 16:8, 16:20, 17:25
imprisoned [1] - 16:5
imprisonment [4] - 16:6, 16:8, 16:19, 16:24
IN [2] - 1:1, 20:10
incident [1] - 19:11
including [1] - 15:10
incorporated [1] - 17:12
increase [5] - 5:6, 5:9, 5:11, 8:16, 8:20
indeed [1] - 12:12
independent [1] - 3:18
indicate [3] - 11:7, 13:20, 14:18
indicated [2] - 8:7, 20:3
indicating [1] - 7:13
indication [1] - 5:7
indictment [1] - 2:15
information [1] - 3:18
injury [1] - 15:7
inmate [1] - 8:21
instance [1] - 6:3
intensive [1] - 10:13
intent [1] - 15:8
interested [1] - 20:9
interference [1] - 19:18
interview [1] - 9:16
introduced [1] - 10:22
investigate [1] - 7:16
investigation [7] - 3:11, 3:21, 4:3, 4:13, 7:21, 15:16, 17:10
IOWA [1] - 1:1
Iowa [11] - 1:11, 1:13, 1:18, 1:24, 5:13, 16:9, 16:20, 18:9, 18:10, 20:2, 20:14
issue [2] - 2:23, 8:6
issues [1] - 10:7
itself [1] - 14:21

## J

JEREMY [1] - 1:6
Jeremy [2] - 2:3, 16:3
JILL [1] - 1:12
Jill [1] - 2:9
jOHNSTON [1] - 1:12
JOHNSTON [6] - 2:9, 4:4, 4:7, 8:5, 11:1, 19:6
Johnston [4] - 2:9, 4:2, 8:4, 19:5
judge [3] - 5:21, 7:23, 13:16
Judge [1] - 7:23
judgment [6] - 15:23, 16:3, 17:8, 17:24, 18:4, 18:12
June [4] - 1:17, 3:12, 3:14, 20:11
juvenile [3] - 14:21, 14:24, 15:4

## K

kick [1] - 13:11
kicking [1] - 13:10
KIEFFER [1] - 1:6
Kieffer [24] - 2:3, 2:10, 2:11, 2:13, 3:13, 3:15, 4:8, 4:12, 8:10, 8:19, 8:23, 8:24, 9:14, 9:25, 10:6, 10:13, 11:8, 11:14, 11:25, 16:4, 16:24, 17:13, 18:4, 18:16
Kieffer's [4] - 5:8, 5:18, 11:3, 13:8
kind [2] - 7:14, 10:16

## L

lack [5] - 7:8, 7:22, 12:5, 13:17, 14:4
law [6] - 7:9, 8:22, 8:23, 14:5, 17:15
LAWRENCE [1] - 1:10
least [1] - 5:10
letters [1] - 10:20
letting [1] - 12:18
level [5] - 5:4, 5:14, 6:5, 6:8, 7:8
levels [1] - 16:23
license [2] - 14:4, 19:16
life [8] - 6:19, 7:4, 11:15, 11:18, 12:9, 12:13, 12:21, 12:23
light [1] - 12:17
Linda [1] - 20:3
LINDA [1] - 1:16
line [1] - 8:24
Lippstock [2] - 3:15, 8:14
literally [1] - 6:19
live [1] - 12:14
lived [1] - 6:19
living [2] - 12:14, 12:23
local [1] - 17:3
locked [1] - 11:17
locks [1] - 7:13
look [2] - 7:3, 12:22
looks [1] - 6:18
loud [1] - 19:1
low [1] - 11:23

## M

ma'am [1] - 5:23
machine [1] - 1:20
made [1] - 14:14
make [4] - 4:5, 8:18, 13:1, 15:17
makes [1] - 19:11
making [3] - 4:19, 6:8, 11:11
male [1] - 14:23
managed [1] - 6:20
management [1] - 10:17
mandatory [1] - 17:2
manner [1] - 9:5
March [1] - 2:14
marijuana [1] - 15:8
married [1] - 3:16
Marshal [1] - 18:2
masonry [1] - 14:15
Matter [1] - 2:2
means [1] - 20:4
medicated [1] - 10:10
mental [1] - 14:11
merely [1] - 15:20
messing [1] - 7:13
met [1] - 4:8
methamphetamine [2] - 9:15, 9:17
methamphetamines [1] - 5:19
Michael [2] - 2:3, 16:3
middle [1] - 7:1
might [1] - 12:7
mind [1] - 11:9
minor [1] - 14:23
mischief [2] - 14:22, 15:21
months [5] - 6:10, 8:2, 12:16, 13:22, 16:5
most [1] - 17:13
mother [1] - 11:7
mother's [1] - 12:20
move [2] - 6:4, 10:21
MR [7] - 2:7, 3:22, 4:1, 6:4, 6:16, 10:24, 19:4
MS [6] - 2:9, 4:4, 4:7, 8:5, 11:1, 19:6
Murray [5] - 1:19, 1:23, 20:2, 20:12, 20:13
mushrooms [1] - 15:5
must [7] - 17:1, 17:2, 17:3, 17:4, 17:5, 17:7, 17:9
Myhlhousen [2] - 2:5, 3:12

## N

narrative [2] - 15:18, 15:19
nature [1] - 13:6
NDIA [1] - 20:13
necessary [1] - 15:25
needs [4] - 11:15, 12:19, 12:20, 16:14
never [1] - 11:18
next [2] - 18:6, 18:11
night [1] - 7:2
nobody [1] - 11:12
noncompliance [1] - 15:9
Northern [1] - 18:9

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov to purchase a complete copy of the transcript.*

NORTHERN [1] - 1:1
note [1] - 13:24
noted [2] - 14:9, 17:23
nothing [2] - 17:20, 19:16
notice [2] - 18:7, 18:11
noticed [1] - 13:7
NTA [1] - 16:21
number [1] - 5:6

**O**

objection [2] - 4:10, 10:23
objections [1] - 3:24
objects [1] - 15:1
obviously [1] - 8:10
OF [2] - 1:1, 1:3
offense [10] - 2:18, 5:4, 5:12, 5:14, 6:8, 7:10, 8:11, 13:6, 16:6, 16:18
offenses [3] - 10:3, 10:4, 19:14
Office [2] - 1:12, 2:5
Officer [1] - 3:12
officers [5] - 7:9, 7:11, 7:14, 7:23, 18:19
official [1] - 3:17
once [1] - 12:23
one [5] - 5:5, 5:10, 6:18, 10:17, 15:9
open [1] - 2:1
opinion [1] - 14:6
opportunity [2] - 3:20, 13:23
order [4] - 16:5, 17:8, 17:22, 17:24
Ordered [1] - 1:21
ordered [3] - 16:6, 17:11, 19:9
otherwise [1] - 11:17

**P**

Page [1] - 5:4
paid [3] - 3:13, 6:13, 17:23
paint [1] - 11:5
pants [1] - 14:23
Paragraph [3] - 3:14, 14:18, 15:19
Paragraphs [2] - 17:11, 19:7
paraphernalia [1] - 19:18
park [1] - 7:11
part [2] - 11:18, 11:19
participate [2] - 13:19, 16:15
parties [2] - 20:8, 20:9
partner [1] - 13:14
past [4] - 10:3, 10:7, 14:14, 14:19
path [2] - 12:13
Patrice [5] - 1:19, 1:23, 20:2, 20:12, 20:13
pattern [1] - 13:8

pawn [2] - 8:14, 9:4
pawned [1] - 5:8
pay [1] - 17:22
penalties [1] - 3:1
penalty [1] - 2:18
pending [2] - 7:19, 19:8
people [1] - 18:18
performance [1] - 15:14
permit [1] - 18:18
person [5] - 2:16, 4:8, 5:5, 9:2, 11:5
personally [1] - 2:11
physical [1] - 14:10
picture [1] - 11:5
place [2] - 20:3, 20:6
Plaintiff [1] - 1:4
plea [3] - 3:2, 3:6, 3:8
pleading [1] - 2:14
pleased [1] - 12:15
pled [2] - 8:10, 9:4
plus [1] - 10:4
point [6] - 8:13, 9:18, 9:25, 10:22, 19:6, 19:12
police [4] - 7:12, 13:8, 13:12, 13:25
poses [2] - 6:17, 14:7
position [1] - 6:3
positive [1] - 9:20
possess [2] - 17:3, 17:15
possessed [3] - 5:5, 5:11, 9:3
possessing [1] - 8:16
possession [6] - 2:16, 9:1, 15:7, 15:9, 19:17
pounds [1] - 15:8
present [1] - 2:12
presentence [11] - 3:11, 3:21, 4:3, 4:8, 4:13, 5:8, 7:21, 9:16, 15:16, 17:10, 19:7
pretrial [7] - 5:18, 9:15, 9:20, 13:16, 15:12, 15:14, 18:17
pretty [1] - 10:6
print [1] - 20:4
prison [4] - 2:19, 11:13, 17:20, 18:23
Prisons [3] - 14:11, 16:5, 16:11
Prisons' [2] - 16:12, 16:15
Probation [3] - 2:4, 5:20, 18:19
probation [4] - 2:20, 6:11, 6:18, 7:23
problem [1] - 11:4
proceeding [1] - 12:1
Proceedings [1] - 19:19
proceedings [4] - 2:1, 7:19, 20:4, 20:6
productive [1] - 11:11
Program [1] - 16:16
program [1] - 16:17
prohibited [3] - 2:16, 5:5, 9:2

prosecuted [1] - 17:18
protecting [2] - 10:12, 10:20
provide [1] - 5:19
provisions [1] - 6:9
proximity [1] - 16:13
public [2] - 10:12, 10:20
Public [1] - 1:12
purpose [1] - 3:5
pursuant [1] - 16:10

**R**

range [5] - 4:11, 8:1, 8:2, 10:15, 11:24
Rapids [6] - 1:10, 1:13, 1:18, 1:24, 18:10, 20:14
rather [2] - 9:13, 10:13
read [4] - 3:10, 4:14, 4:16, 4:19
Reade [1] - 20:3
READE [1] - 1:16
reading [2] - 4:20, 15:17
ready [2] - 6:14, 13:1
realized [1] - 12:21
realizing [1] - 11:14
really [2] - 11:8, 11:19
reason [1] - 17:15
reasons [6] - 7:7, 9:5, 9:21, 11:20, 12:11, 17:13
receive [1] - 17:18
received [2] - 3:10, 10:25
receiving [1] - 4:13
recommend [2] - 16:14, 16:18
recommendations [2] - 6:15, 16:11
recommended [2] - 6:11, 10:17
reconsider [1] - 19:13
record [4] - 4:5, 6:20, 15:22, 20:6
records [1] - 3:17
reduced [1] - 20:4
reduction [1] - 11:21
reference [1] - 17:12
reflect [1] - 17:24
refrain [1] - 17:4
refusal [2] - 5:19, 13:19
refuse [1] - 18:20
regard [1] - 3:14
regret [1] - 12:18
related [2] - 14:15, 20:7
relative [1] - 20:8
release [11] - 2:20, 5:21, 6:11, 9:15, 9:20, 10:18, 16:2, 16:24, 16:25, 17:1, 18:17
relevant [1] - 8:11
remanded [1] - 18:1
remember [2] - 2:25, 4:12
reoffend [3] - 6:18, 10:19, 14:6

repeat [1] - 7:20
repeatedly [1] - 14:4
report [14] - 3:11, 3:21, 4:3, 4:8, 4:9, 4:13, 4:19, 4:25, 5:8, 6:19, 7:22, 15:16, 17:11, 19:7
reported [3] - 1:19, 14:20, 20:3
Reporter [2] - 1:20, 20:2
reports [3] - 3:12, 14:15, 14:17
represent [1] - 18:15
represented [1] - 2:5
request [1] - 8:2
reserving [1] - 5:16
Residential [1] - 16:16
resistant [1] - 7:10
respect [5] - 7:8, 7:22, 12:5, 13:17, 14:5
responsibility [9] - 5:17, 8:7, 9:7, 9:14, 9:22, 11:22, 12:10, 15:12, 16:23
rest [1] - 13:5
restitution [1] - 2:23
return [1] - 18:22
revert [1] - 13:24
review [1] - 15:22
reviewing [1] - 4:9
revocation [1] - 18:22
risk [2] - 6:18, 13:21
RMR [2] - 1:23, 20:13
road [1] - 12:14
RPR [2] - 1:23, 20:13
ruling [1] - 5:16
run [2] - 19:9, 19:14
running [1] - 7:1

**S**

S.E [5] - 1:10, 1:12, 1:18, 1:24, 20:14
sample [2] - 17:6, 18:20
score [1] - 15:13
scoring [1] - 3:24
search [1] - 13:11
secret [1] - 11:3
Section [2] - 5:14, 13:4
security [1] - 16:13
Security [2] - 14:17, 14:20
see [1] - 4:18
seeing [1] - 12:17
self [2] - 10:10, 14:16
self-employment [1] - 14:16
self-medicated [1] - 10:10
sense [2] - 11:2, 11:5
sent [1] - 4:7
sentence [16] - 3:25, 5:3, 8:1, 8:2, 9:11, 10:14, 11:23, 15:13, 15:24, 16:1, 16:18, 17:19, 18:13, 19:10, 19:13, 19:14
sentenced [1] - 3:5

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov to purchase a complete copy of the transcript.*

Case 2:17-cr-01003-LRR-CJW   Document 65   Filed 07/25/17   Page 24 of 25

**sentencing** [3] - 2:4, 15:25, 17:18
**SENTENCING** [1] - 1:15
**separate** [1] - 6:21
**serious** [2] - 10:6, 13:7
**serve** [1] - 16:7
**served** [2] - 16:7, 16:19
**services** [1] - 18:14
**set** [3] - 17:8, 17:10, 20:10
**seven** [1] - 5:7
**Seventh** [4] - 1:10, 1:17, 1:24, 20:14
**sexually** [1] - 14:24
**short** [1] - 13:18
**Shorthand** [2] - 1:19, 20:2
**shorthand** [2] - 1:20, 20:4
**shove** [2] - 5:21, 13:16
**show** [2] - 12:7, 13:17
**showed** [1] - 9:8
**showing** [1] - 7:22
**shows** [3] - 6:20, 11:10, 14:4
**shut** [1] - 13:11
**significant** [1] - 17:19
**simple** [4] - 14:2, 14:22, 15:1, 15:20
**situation** [3] - 7:3, 7:16, 7:17
**SMCR** [1] - 16:21
**sober** [2] - 12:16, 13:22
**Social** [2] - 14:17, 14:20
**somewhat** [1] - 9:25
**son** [1] - 12:19
**son's** [1] - 11:18
**speaks** [1] - 14:21
**special** [5] - 2:23, 3:13, 6:12, 17:9, 17:22
**specifically** [1] - 5:13
**specimen** [2] - 5:20, 18:21
**SPECTATOR** [1] - 5:25
**spend** [1] - 17:20
**standard** [1] - 17:7
**started** [1] - 15:3
**starts** [1] - 7:10
**State** [1] - 20:2
**state** [3] - 2:6, 15:9, 17:3
**statement** [1] - 8:18
**statements** [3] - 5:20, 13:14, 13:19
**STATES** [2] - 1:1, 1:3
**States** [9] - 1:11, 1:23, 2:3, 2:4, 2:8, 13:3, 18:1, 18:9, 20:13
**status** [1] - 9:2
**statute** [1] - 2:21
**stay** [1] - 11:15
**stepfather** [1] - 11:7
**still** [1] - 3:8
**stolen** [2] - 5:10, 8:15
**stop** [1] - 14:14
**straight** [1] - 11:9
**struggled** [1] - 12:8
**studies** [1] - 11:10

**submit** [2] - 8:9, 10:11
**submitted** [1] - 10:21
**substance** [2] - 16:17, 17:4
**substances** [1] - 17:5
**sufficient** [1] - 15:24
**Suite** [1] - 1:12
**sum** [1] - 7:3
**superseding** [1] - 2:15
**supervised** [7] - 2:20, 6:10, 10:18, 16:1, 16:25, 17:1, 18:17
**supervision** [7] - 13:21, 15:10, 17:8, 17:10, 18:22, 20:5
**supposed** [4] - 6:22, 6:23, 6:24, 7:6
**suspension** [1] - 19:16
**swing** [1] - 6:8

**T**

**talk** [3] - 4:24, 18:23, 18:24
**talking** [1] - 2:25
**tell** [1] - 5:21
**telling** [4] - 10:1, 11:1, 11:4, 13:16
**term** [5] - 2:19, 2:20, 16:6, 16:7, 16:19
**terms** [6] - 8:12, 9:23, 9:24, 10:12, 10:19
**test** [4] - 5:22, 9:20, 13:16, 18:21
**testing** [2] - 13:19, 13:20
**THE** [37] - 1:1, 1:1, 1:16, 2:2, 2:11, 2:17, 2:18, 3:3, 3:4, 3:7, 3:8, 3:9, 3:10, 3:23, 4:2, 4:5, 4:12, 4:15, 4:16, 4:17, 4:18, 4:22, 4:23, 5:1, 5:2, 6:1, 6:6, 8:4, 10:23, 10:25, 11:25, 12:3, 13:1, 19:1, 19:2, 19:5, 19:15
**Third** [1] - 1:12
**thorough** [2] - 7:21, 15:22
**threat** [1] - 13:13
**three** [2] - 5:7, 6:21
**ties** [1] - 10:5
**Tim** [1] - 2:7
**timely** [1] - 9:5
**TIMOTHY** [1] - 1:10
**Title** [1] - 15:23
**today** [1] - 3:5
**top** [1] - 10:14
**total** [3] - 6:8, 7:4, 14:4
**totally** [1] - 16:22
**toward** [2] - 13:25
**track** [2] - 11:15, 12:23
**trade** [1] - 14:16
**transcript** [1] - 20:5
**Transcript** [2] - 1:21, 1:21
**transcription** [1] - 20:5
**travelling** [1] - 12:15
**treatment** [7] - 10:7, 10:10,

10:13, 13:8, 13:9, 14:11, 16:17
**Treatment** [1] - 16:16
**trouble** [1] - 12:8
**true** [1] - 20:5
**trying** [1] - 13:10
**two** [5] - 8:14, 9:4, 10:4, 16:21, 19:9

**U**

**U.S** [1] - 1:10
**ultimate** [1] - 9:24
**under** [5] - 2:21, 6:11, 13:3, 19:16, 20:5
**undergoing** [1] - 11:10
**underlying** [2] - 9:1, 15:1
**UNITED** [2] - 1:1, 1:3
**United** [9] - 1:11, 1:23, 2:3, 2:4, 2:7, 13:3, 18:1, 18:8, 20:13
**unlawful** [1] - 17:5
**unlawfully** [1] - 17:3
**unless** [2] - 12:2, 14:6
**unlike** [1] - 7:18
**unobjected** [1] - 15:15
**unrelated** [1] - 16:22
**up** [8] - 2:20, 5:22, 11:13, 11:17, 12:12, 13:16, 17:18, 18:12
**update** [2] - 3:12, 3:15
**urine** [2] - 5:20, 18:20
**use** [5] - 5:18, 11:3, 11:11, 13:12, 17:5
**used** [3] - 5:11, 7:20, 9:15
**user** [3] - 6:24, 14:13
**using** [4] - 1:20, 9:16, 11:9, 14:14

**V**

**variety** [1] - 17:13
**VAVRICEK** [8] - 1:10, 2:7, 3:22, 4:1, 6:4, 6:16, 10:24, 19:4
**Vavricek** [5] - 2:7, 3:20, 6:2, 6:14, 19:3
**verbal** [1] - 13:10
**versions** [1] - 4:7
**versus** [1] - 2:3
**view** [1] - 6:17
**violation** [1] - 5:13
**VS** [1] - 1:5
**vulgarities** [1] - 13:12

**W**

**wake** [2] - 11:13, 12:12
**wake-up** [2] - 11:13, 12:12
**want** [7] - 9:18, 12:2, 12:11,

12:22, 15:17, 17:19, 19:6
**wanted** [2] - 4:24, 19:12
**wants** [2] - 11:13, 11:19
**weapons** [1] - 5:13
**WHEREOF** [1] - 20:10
**wife** [1] - 5:8
**Williams** [1] - 7:23
**wise** [1] - 18:16
**WITNESS** [1] - 20:10
**word** [1] - 18:16
**words** [1] - 7:20
**written** [2] - 18:7, 18:10

**Y**

**years** [12] - 2:19, 2:20, 2:22, 6:10, 7:4, 10:3, 10:4, 14:19, 16:1, 16:25
**yelling** [1] - 7:12

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:17-cr-01003-LRR-CJW    Document 65    Filed 07/25/17    Page 25 of 25